JAMES P. ALLEN, Respondent, v. THOMAS BRILL, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

AUDLEY CLARKE COMPANY, Respondent, v. W. F. PLASS & BRO., INC., and Others, Defendants. FIDELITY & DEPOSIT COMPANY OF MARYLAND and NATIONAL SURETY COMPANY, Appellants.— Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Cropsey at Special Term. (Reported in 107 Misc. Rep. 722.) Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

VIRA CORNELL, Respondent, v. SEYMOUR W. BONSALL, Appellant, and Others, Defendants.— Judgments affirmed, with costs. No opinion. Mills, Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

MARY DARNOSKA, as Administratrix, etc., Respondent, v. RICHMOND LIGHT AND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

KATE HESSLER, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant, and HARRY BRENNER, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of Proving the Last Will and Testament of JOSEPH WUNSCH, Deceased, as a Will of Real and Personal Property. FRANCES SCHOTT, Appellant; MARGARETHA WUNSCH, Executrix, etc., and Another, Respondents.— Decree of the Surrogate's Court of Queens county admitting will to probate affirmed, with costs against the contestant. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

THE JOHN CHURCH COMPANY, Appellant, v. HENRY S. WALSH, Respondent.— Judgment and order reversed, and judgment unanimously directed for plaintiff upon the entire case foreclosing its lien upon the piano for the sum of $200.80, with interest thereon from June 1, 1915, upon the ground that as matter of law, upon the undisputed testimony, the contract should be construed as meaning that the plaintiff was bound to accept from defendant, on account of the payments, materials for polishing its storeroom floor only so long as it might need them, and that, having ceased to use the floor, it was not required to accept any further materials. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.